

# THE THIRTEENTH COURT OF APPEALS

## 13-19-00429-CV

Texas Windstorm Insurance Association
v.
Boys and Girls Club of the Coastal Bend, Inc.

On Appeal from the
94th District Court of Nueces County, Texas
Trial Cause No. 2018DCV-4018-C

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be affirmed in part and reversed and rendered in part. The Court orders the judgment of the trial court AFFIRMED IN PART and REVERSED and RENDERED IN PART. Costs of the appeal are adjudged against appellant.

We further order this decision certified below for observance.

September 24, 2020